IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LARUS Cloud Service Limited ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-310 |
| ) | |
| laruscloudservices.net ) | |
| ) | |
| Defendant ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday June 19, 2020, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Plaintiff LARUS Cloud Service Limited will present to the Court its Motion for Default Judgment (Dkt. 23).

Dated: May 29, 2020

Respectfully Submitted,

*/s/ Alton L. Hare*
Alton L. Hare (VA Bar No. 95294)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, D.C. 20036
(202) 663-9005
alton.hare@pillsburylaw.com

David J. Tsai (*Pro Hac Vice*)
Vijay K. Toke (*Pro Hac Vice*)
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(415) 983-1000
david.tsai@pillsburylaw.com
vijay.toke@pillsburylaw.com

*Counsel for Plaintiff LARUS Cloud Service Limited*

## **CERTIFICATE OF SERVICE**

I, Alton L. Hare III, hereby certify that on May 29, 2020, I electronically filed the foregoing by using the CM/ECF system. I also certify that a copy was sent to Verisign, Inc., the registry of defendant domain name, who provided a copy to the prior Chinese registrar DNSPod, Inc., with instructions that any questions should be directed to counsel for Plaintiff.

*/s/ Alton L. Hare*
Alton L. Hare (VA Bar No. 95294)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, D.C. 20036
(202) 663-9005
alton.hare@pillsburylaw.com

*Counsel for Plaintiff LARUS Cloud Service Limited*