IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LARUS CLOUD SERVICE LIMITED,      )
                                  )
        Plaintiff,                )
                                  )
v.                                )        Case No. 1:20-cv-310 (AJT/MSN)
                                  )
LARUSCLOUDSERVICES.NET,           )
                                  )
        Defendant.                )
_____ )

**ORDER**

This matter is before the Court on the Report and Recommendation [Doc. No. 27] of

the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment [Doc. No.

23] (the "Motion") be granted and default judgment be entered in favor of Plaintiff Larus

Cloud Service Limited ("Plaintiff").  The Magistrate Judge advised the parties that objections

to the Proposed Findings of Fact and Recommendations must be filed within fourteen (14)

days of service and that failure to object waives appellate review.  No objections have been

filed.  Having conducted a *de novo* review of the evidence in this case, the Court adopts and

incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is

hereby

ORDERED that default judgment be entered in favor of Plaintiff against Defendant

and that declaratory judgment be, and the same hereby is, issued declaring that (1) Count I of

Plaintiff's Complaint [Doc. No. 1] be, and the same hereby is, **DISMISSED** because

Plaintiff's relief may be granted under the Federal Anti-Cybersquatting Consumer Protection

Act, 15 U.S.C. § 1125(d) (the "ACPA"); and (2) Plaintiff's Preliminary Injunction [Doc. No.

18] be converted into a Permanent Injunction that retains Plaintiff as the registrant of the

disputed domain; and it is further

 ORDERED that Plaintiffs Motion for Default Judgment [Doc. No. 23] be, and the

same hereby is, **GRANTED**.

 The Clerk is directed to enter judgment in favor of Plaintiff Larus Cloud Service

Limited and against Defendant laruscloudservices.net pursuant to Federal Rule of Civil

Procedure 58, and to forward copies of this Order to all counsel of record.

         _____

         Anthony J. Trenga

         United States District Judge

Alexandria, Virginia
January 8, 2021